# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0198. ALEXANDER C. JOANNOU v. VIRNIQUA S. WATKINS.

Alexander Joannou brought a custody modification action against Virniqua Watkins, and Watkins counterclaimed for contempt. On March 31, 2014, the trial court issued a final order modifying the parties' custody and visitation provisions, and finding Joannou in contempt for an arrearage of child support payments. Joannou filed a notice of appeal from this order on June 17, 2014. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Joannou's notice of appeal was filed 78 days after entry of the final order, this appeal is untimely. It is therefore DISMISSED for lack of jurisdiction



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/02/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *Stephen E. Castlen* , *Clerk.*